# O'Melveny

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2018

February 21, 2018

Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court, 500 Pearl Street, Room 750
New York, NY 10007

Re:   **_Request for Telephonic Appearance at Settlement Conference - BRB Internacional S.A. et al v. The Weinstein Company LLC, Case No. 1:17-cv-02065-ALC-KHP_**

Dear Judge Parker:

We write on behalf of our client The Weinstein Company LLC ("TWC"), under Section V(f) of Your Honor's Individual Practices in Civil Cases, to respectfully request permission for TWC's representative, Robert Weinstein, to attend the February 28, 2018 settlement conference by telephone.  Mr. Weinstein is the Chairman and acting CEO of TWC; he works primarily from California where he is currently attending to company business.  Although Mr. Weinstein is unable to be in New York on February 28, he would like to participate in the conference.

Sincerely,

/s/ Edward Moss

Edward Moss
of O'MELVENY & MYERS LLP

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

02/22/2018