UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRB INTERNACIONAL S.A. and APOLO FILMS SL,

        Plaintiffs,

-against-

THE WEINSTEIN COMPANY LLC,

        Defendant.

Index No. 1:17-cv-02065 (ALC)(KHP)

## DEFENDANT'S NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

*Attorneys for Defendant The Weinstein Company LLC*

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:[1]**

PLEASE TAKE NOTICE that, on March 19, 2018, The Weinstein Company Holdings LLC and all of its wholly-owned domestic subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Debtors' Chapter 11 cases are pending before the Honorable Judge Mary F. Walrath, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re: The Weinstein Company Holdings LLC*, Case No. 18-10601-MFW (the "Chapter 11 Cases").  A copy of the petition is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates (the

---

[1] Counsel is not authorized to act on behalf of debtors in possession and nothing in this Suggestion of Bankruptcy should be read to the contrary.  Rather, this Suggestion of Bankruptcy is submitted simply as a courtesy to the Court.

"Automatic Stay").² No order has been entered in the Chapter 11 Cases granting relief from the Automatic Stay. Actions taken in violation of the Automatic Stay, and judgments entered or enforced against the Debtors while the Automatic Stay is in effect, are void *ab initio* and without effect. In light of the foregoing, the above-captioned action is stayed.

PLEASE TAKE FURTHER NOTICE that pleadings filed in the Chapter 11 Cases may be obtained free of charge by visiting the website of EPIQ Bankruptcy Motions at http://dm.epiq11.com/twc. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.deb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated: March 21, 2018
       New York, New York

Respectfully submitted,

By: /s/ Edward Moss

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Ph: (212)-326-2000
emoss@omm.com

*Attorneys for Defendant*
*The Weinstein Company LLC*

---

² Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.