**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------- x

**BRB INTERNACIONAL S.A., ET AL.,**            :
                                                :
                                    **Plaintiffs,**   :
                                                :
                        **-against-**            :
                                                :
**THE WEINSTEIN COMPANY, LLC,**                 :
                                                :
                                    **Defendant.**   :
                                                :
--------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/8/2020__

**1:17-CV-02065 (ALC) (KHP)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

        The Parties are hereby ORDERED to submit a joint status report to the Court on or

before August 26, 2020.

**SO ORDERED.**


**Dated:**      **New York, New York**
              **August 10, 2020**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**