| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/18/2020__ |

```
------------------------------------------------------------:x
BRB INTERNACIONAL S.A., ET AL.,              :
                                             :
                  Plaintiffs,                :
                                             :   1:17-cv-02065-ALC-KHP
     v.                                      :   ORDER
                                             :
THE WEINSTEIN COMPANY LLC.,                  :
                                             :
                  Defendants.                :
                                             :
------------------------------------------------------------:x
```

**ANDREW L. CARTER, JR., District Judge:**

The Parties are ORDERED to file a Joint Status Report on February 10, 2021.

**SO ORDERED.**
**Dated: November 18, 2020**
    **New York, New York**

                                                                  _____
                                                                  **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**