**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------:x
BRB INTERNACIONAL S.A., ET AL.,                             :
                                                            :
                            Plaintiffs,                     :
                                                            :   1:17-cv-02065-ALC-KHP
         v.                                                 :   ORDER
                                                            :
THE WEINSTEIN COMPANY LLC.,                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------:x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/11/2021__

**ANDREW L. CARTER, JR., District Judge:**

The Parties are ORDERED to file a Joint Status Report by no later than March 25, 2021.

**SO ORDERED.**
**Dated: February 11, 2021**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**