```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __4/1/2021____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

   **BRB INTERNACIONAL S.A., ET AL,**

                              **Plaintiffs,**

        -against-

   **THE WEINSTEIN COMPANY LLC,**

                              **Defendant.**

-----------------------------------------------------------------X

**1:17-cv-02065-ALC-KHP**

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

     By status report dated March 25, 2021, Plaintiffs requested that this matter be dismissed without prejudice, to which Defendant consents. Consistent with the status report, this matter is hereby DISMISSED without prejudice.  The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:  April 1, 2021**
        **New York, New York**

                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**